ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572

*Attorneys for Defendant*
*BAC Home Loans Servicing LP*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL BARRERA and ANNETTE ALVAREZ, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING LP, a Limited Partnership and I through X inclusive,<br><br>Defendants. | CASE NO.:   2:10-cv-00026-JCM-PAL<br><br>**ORDER CANCELING LIS PENDENS** |

This Court granted Defendant BAC Home Loans Servicing LP and Plaintiffs Gabriel Barrera and Annette Alvarez's Stipulation of Dismissal with Prejudice on June 16, 2010 [Dkt. No. 10].

Defendants further request that the lis pendens currently recorded against the subject property by Plaintiffs Gabriel Barrera and Annette Alvarez ("Plaintiffs") be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about November 19, 2009, in Book No. 20091119 as Instrument No. 0002131 in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto and fully incorporated by reference.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the Lis Pendens is hereby cancelled, released, and expunged.

{LV003482;1}                                              1

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated : July 9, 2010

Submitted by:

**AKERMAN SENTERFITT LLP**

  /s/ Ariel E. Stern
ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*BAC Home Loans Servicing LP*

Inst #: 200911190002131
Fees: $15.00
N/C Fee: $0.00
11/19/2009 02:31:54 PM
Receipt #: 134437
Requestor:
BOGGESS & HARKER
Recorded By: CYV   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 125-25-811-014
11-digit parcel number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Lis Pendens

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

②

**Recording Requested by:**
Boggess + Harker

**Return To:**
Name Michael J. Harker, Esq
Address 5550 Painted Mirage Rd #255
City/State/Zip Las Vegas NV 89149

This page added to provide additional information required by NRS 111.312 Section 1-2
(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CS 02/07

```
PARCEL NO (125-25-811-014)
BOGGESS & HARKER
MICHAEL J. HARKER, ESQ.
Nevada Bar No. 005353
5550 Painted Mirage Road, Suite 255
Las Vegas, Nevada 89149
(702) 233-5040
Attorney for Plaintiffs
```

FILED
NOV 19 2009
CLERK OF COURT

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| GABRIEL BARRERA and ANNETTE ALVAREZ, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING LP, a Limited Partnership and I through X inclusive,<br><br>Defendants. | CASE NO: A-09-603893-C<br>DEPT NO: XI<br><br>NOTICE OF LIS PENDENS |

NOTICE is hereby given that an action has been commenced and is now pending in this court on the Complaint of the above-named Plaintiff against the above-named Defendants, seeking that the title to said interest of the parties to be granted to Plaintiff.

The real property in the County of Clark affected thereby is particularly described as follows:

RESERVE AT HUNTERS RIDGE
PLAT BOOK 77 PAGE 27
LOT 14 BLOCK A
PARCEL NO. 125-25-811-014

Commonly known as 5600 Twilight Chase Street, Las Vegas, NV 89130.

DATED this 16 day of Oct, 2009.

CERTIFIED COPY
DOCUMENT ATTACHED IS A
TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE

CLERK OF THE COURT

NOV 19 2009

BOGGESS & HARKER

BY: _____
MICHAEL J. HARKER, ESQ.,
Nevada State Bar Number 5353
5550 Painted Mirage Road, Suite 255
Las Vegas, NV 89149
Attorney for Plaintiffs

1

barrera.lispens10.09.mw.wpd